# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Nicholas Moore, as Personal Representative
for the Estate of Cathy Ajami-Moore, Deceased

      Plaintiff,

v.

County of Macomb, et al.

      Defendants.

Case No: 2:20-cv-11154
District Judge: Denise Page Hood
Magistrate Judge: David R. Grand

| FRANK G. BECKER ASSOCIATES | CHAPMAN LAW GROUP |
|---|---|
| Frank G. Becker (P25502) | Devlin K. Scarber (P64532) |
| *Attorney for Plaintiff* | Jeffrey L. Bomber (P85407) |
| 18501 W. Ten Mile Rd. | *Attorneys for Defendants Wellpath, LLC;* |
| Southfield, MI 48075 | *Amber Stephenson-LaForest; Laura Mauer-* |
| (248) 569-4910 | *Hitzelburger; and Shamael Haque, M.D.* |
| frankgbecker@yahoo.com | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| MACOMB COUNTY CORP. COUNSEL | (248) 644-6326 |
| John A. Schapka (P36731) | dscarber@chapmanlawgroup.com |
| Robert S. Gazall (P41350) | jbomber@chapmanlawgroup.com |
| *Attorneys for the Macomb County Defendants* | |
| One S. Main Street, 8th Floor | |
| Mount Clemens, MI 48043 | |
| (586) 469-6346 | |
| john.schapka@macombgov.org | |
| robert.gazall@macombgov.org | |

## **FIRST STIPULATION AND ORDER ADJOURNING SCHEDULING ORDER DATES**

This matter having come before the Court upon stipulation and agreement of the parties, by and through their respective counsel, on the parties' request for an adjournment of the current scheduling order dates due to the witnesses' schedules and the need for additional time to conduct discovery and depose necessary parties and witnesses, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that all dates set forth in the current scheduling order are adjourned by a period of ninety (90) days as follows:

|  | **CURRENT DATES** | **NEW DATES** |
|---|---|---|
| **DISCOVERY COMPLETION:** | April 19, 2022 | July 18, 2022 |
| **MOTION FILING** (except for trial motions in limine)**:** | May 19, 2022 | August 17, 2022 |
| **JOINT FINAL PRETRIAL ORDER:** | August 22, 2022 | November 21, 2022 |
| **FINAL PRETRIAL CONFERENCE:** | August 29, 2022 | Nov. 28, 2022 @ 2:00 p.m. |
| **JURY TRIAL:** |  | Dec. 13, 2022 |

Stipulated and Agreed to by:

| /s/ Frank G. Becker(with permission) | /s/ Devlin K. Scarber |
|---|---|
| Frank G. Becker (P25502) | Devlin K. Scarber (P64532) |
| Attorney for Plaintiff | Attorney for Wellpath Defendants |

Dated:  April 13, 2022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Nicholas Moore, as Personal Representative
for the Estate of Cathy Ajami-Moore, Deceased

        Plaintiff,

v.

County of Macomb, et al.

        Defendants.

Case No: 2:20-cv-11154
District Judge: Denise Page Hood
Magistrate Judge: David R. Grand

---

| FRANK G. BECKER ASSOCIATES | CHAPMAN LAW GROUP |
|---|---|
| Frank G. Becker (P25502) | Devlin K. Scarber (P64532) |
| *Attorney for Plaintiff* | Jeffrey L. Bomber (P85407) |
| 18501 W. Ten Mile Rd. | *Attorneys for Defendants Wellpath, LLC;* |
| Southfield, MI 48075 | *Amber Stephenson-LaForest; Laura Mauer-* |
| (248) 569-4910 | *Hitzelburger; and Shamael Haque, M.D.* |
| frankgbecker@yahoo.com | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| MACOMB COUNTY CORP. COUNSEL | (248) 644-6326 |
| John A. Schapka (P36731) | dscarber@chapmanlawgroup.com |
| Robert S. Gazall (P41350) | jbomber@chapmanlawgroup.com |
| *Attorneys for the Macomb County Defendants* | |
| One S. Main Street, 8th Floor | |
| Mount Clemens, MI 48043 | |
| (586) 469-6346 | |
| john.schapka@macombgov.org | |
| robert.gazall@macombgov.org | |

**FIRST ORDER ADJOURNING SCHEDULING ORDER DATES**

Upon Counsels' Stipulation for First Amendment to the Case Management Order, and the Court otherwise being advised in the premises;

IT IS HEREBY ORDERED that all dates set forth in the current scheduling order are adjourned by a period of ninety (90) days as follows:

|  | **CURRENT DATES** | **NEW DATES** |
|---|---|---|
| **DISCOVERY COMPLETION:** | April 19, 2022 | July 18, 2022 |
| **MOTION FILING** (except for trial motions in limine)**:** | May 19, 2022 | August 17, 2022 |
| **JOINT FINAL PRETRIAL ORDER:** | August 22, 2022 | November 21, 2022 |
| **FINAL PRETRIAL CONFERENCE:** | August 29, 2022 | Nov. 28, 2022 @ 2:00 p.m. |
| **JURY TRIAL:** |  | Dec. 13, 2022 |

Dated:  April 26, 2022

s/Denise Page Hood  
United States Magistrate Judge